WROUGHT IRON RANGE CO. v. W. S. COZART.

*Messrs. Shepherd & Busbee* and *A. A. Hicks,* for plaintiff.

*Mr. W. A. Guthrie,* for defendant (appellant).

FURCHES, J. : This case is governed by the opinion in the above case against *Carver.* But it does not appear that any claim for county tax is involved, and as the defendant was restrained and enjoined by the order below

from collecting the state tax imposed by Section 28, Ch. 116, of the Laws of 1895, the order was erroneous and should not have been granted. There is error and the judgment is reversed.

Reversed.